UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| IN RE COMPUTER CONCEPTS SECURITIES LITIGATION THIS DOCUMENT RELATES TO ALL ACTION | Civil Action No.: 95-CIV-2830 (DRH) |

**[PROPOSED] ORDER AUTHORIZING FINAL DISTRIBUTION OF RESIDUAL BALANCE SETTLEMENT FUND**

WHEREAS, Class Counsel and the Claims Administrator's request for an Order, (1) authorizing the final distribution of the residual balance of the Settlement Fund identified in the Declaration of Shandarese Garr, Assistant Vice President Operations, Garden City Group, LLC; and (2) permitting the Claims Administrator to dispose of all claim forms submitted in connection with this litigation,

WHEREAS, the Court has determined that good cause exists to grant the request in its entirety, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The remaining balance of the Settlement Fund (plus accrued interest) shall be distributed in equal amounts to (non-profit organization designated by the Court) and/or New York Law School;

2. The Claims Administrator may dispose of all claims forms submitted in

connection with the litigation.

Submitted by:

Arthur N. Abbey

ABBEY GARDY, LLP
212 East 39th Street
New York, New York 10016
(212) 889-3700

Counsel for Plaintiffs and the Class

Dated: _____, 2004

                                    SO ORDERED:

                                    _____
                                    Denis R. Hurley
                                    Senior United States District Judge